UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
PROBATION OFFICE

| THOMAS W. BISHOP<br>CHIEF PROBATION OFFICER<br>900 U. S. COURTHOUSE<br>75 SPRING STREET, S.W.<br>ATLANTA, GEORGIA 30303-3309<br>(404) 215-1950 | RECEIVED IN CLERK'S OFFICE<br>U.S.D.C. Atlanta<br><br>OCT 0 1 2009<br><br>JAMES N. HATTEN, Clerk<br>By White, Deputy Clerk | **REPLY TO:**<br>100 HARTSFIELD CENTRE PKWY., STE. 620<br>ATLANTA, GEORGIA 30354<br>PHONE (404) 762-4620<br>FAX (404) 762-4624 |

TO:      Clerk, U.S. District Court
         Northern District of Georgia
         Atlanta Division

FROM:    James J. Lee
         Sr. U. S. Probation Officer
         Telephone: (404) 762-4620 ext. 234

DATE:    September 30, 2009

SUBJECT: **TRANSFER OF JURISDICTION**
         Case Name: Pedro Huerta, III
         Docket Number: 1:01-CR-00762-05
         Sentencing Information (including special conditions): CBOP 54 months; 5 yrs. TSR

|   | |
|---|---|
|   | Please initiate Transfer of Jurisdiction from your district to the Northern District of Georgia and submit appropriate forms to your Court. Upon receipt, Transfer of Jurisdiction forms will be forwarded to our Court for final approval. |
|   | Enclosed are signed Transfer of Jurisdiction forms accepting transfer of Jurisdiction to the Northern District of Georgia. Please forward to the Clerk's Office in your district to complete the transfer process to our Clerk's Office in _____, _____. |
|   | Enclosed are signed Transfer of Jurisdiction forms initiating transfer from the Northern District of Georgia to your district. Upon return, Transfer of Jurisdiction forms will be forwarded to the Clerk's Office in our district to complete the transfer process. |
| X | Enclosed are signed Transfer of Jurisdiction forms transferring jurisdiction from the Northern District of Georgia to the Southern District of Texas. Please forward all case material to their Clerk's Office in McAllen, Texas. |

# UNITED STATES GOVERNMENT
# MEMORANDUM

**To:** James J. Lee, USPO
Northern District of Georgia - Atlanta

**From:** Anselmo Molina, USPO
Southern District of Texas-McAllen

**Subject:** **HUERTA, Pedro III**
**ND of Georgia Dkt. No.:** 1:01-CR-00762-05
**SD/TX Dkt. No.:** M-09-1236-01
**SD/TX Pacts No.:** 060090

**Date:** September 20, 2009

---

Enclosed is an original filed Transfer of Jurisdiction, Form 22. The Honorable Randy Crane, U.S. District Judge has accepted jurisdiction.

RECEIVED
SEP 2 4 2009
U.S. Probation
Airport Office